For the reasons stated on the record at the hearing, the Court has amended movant's proposed order below solely to remove the provision that Fed. R. Bankr. P. 4001(a)(3) does not apply. The Court clarifies that the motion for relief is granted subject to the 14-day provision listed in Fed. R. Bankr. P. 4001(a)(3)



**SO ORDERED.**
SIGNED this 28th day of June, 2019

*Shelley D. Rucker*
Shelley D. Rucker
UNITED STATES BANKRUPTCY JUDGE

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

IN RE:

| | |
|---|---|
| SULLIVAN REGINALD RUFF, III | 1:13-bk-15966-SDR |
| PATRICIA DIANNE WASHINGTON-RUFF | CHAPTER 13 |

DEBTORS
_____

Affected Collateral: **2124 Merlin Drive, Chattanooga, TN 37421**

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

The Secured Claimant identified above has moved for relief from the automatic stay in 11 U.S.C. § 362 with respect to the Affected Collateral. Either no timely opposition was filed or any objection raised was withdrawn or overruled by the Court at the Scheduled Hearing.

IT IS THEREFORE ORDERED that the automatic stay in 11 U.S.C. § 362 is terminated with respect to the Secured Claimant and its Affected Collateral. The Secured Claimant is free to proceed with all remedies against said property, including initiating the foreclosure process, and, if appropriate, may file a general unsecured claim in this action. Any excess proceeds from the sale of the property pursuant to the foreclosure process shall be forwarded to the Chapter 13 Trustee's Office for disbursement to creditors.

*This order was signed and entered electronically as indicated at the top of the first page.*

**APPROVED FOR ENTRY:**

**/s/ Edward D. Russell**
Edward D. Russell (026126)
Attorneys for Secured Claimant
The SR Law Group
PO Box 128
Mt. Juliet, Tennessee 37121
(615) 559-3190
erussell@thesrlawgroup.com